# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-9072
Owner: Thelma R. Perez, *et al.*
Acres: 1.839

Being a 1.839 acre tract (80,087 sq ft) parcel of land, more or less, being out of a called 6.250 acres, calculated as 6.249 acres described as Parcel 1, out of Tract 114, Share 54, Abstract 127, Porcion No. 94, Camargo Jurisdiction, in Starr County, Texas conveyed to Thelma R. Perez, Volume 979, Page 436. Said parcel of land more particularly described by metes and bounds as follows;

Starting at COE Project control marker SR-04 2019, having the following NAD83 (2011) Grid Coordinates N=16623091.61, E=935950.22; Thence S19°28'10"W a distance of 4394.24 feet to a found aluminum cap stamped FISH & WILDLIFE RPS 4303 1994 TRACT NO. 534 COR NO. 10, designated as RGV-RGC-9053-5=9072-1=9070-1, on the South line of the Savina S. DE Longoria tract, Volume 743, Page 362 and at the Northwest corner of the U.S. Fish and Wildlife Service Tract 534, Volume 708, Page 518 and the Northeast corner of the Thelma R. Perez tract, Volume 979, Page 436, and on the North line of the Drilling Unit Easement Legend Natural Gas III, LP Volume 1174, Page 793, for the Point of Commencement, and the Point of Beginning, having the following coordinates: N=16618948.64, E=934485.60.

Thence: S09°33'40"W departing said Easement line, along the East line of the Thelma R. Perez tract, Volume 979, Page 436 and the West line of the U.S. Fish and Wildlife Service Tract 534, Volume 708, Page 518, a distance of 227.20 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9052-4=9053-4A=9072-2 for angle, said point being the Southeast corner of the Thelma R. Perez tract, Volume 979, Page 436 and the Northeast corner of the Floridor Zamora tract, Volume 666, Page 184 and on the West line of the U.S. Fish and Wildlife Service Tract 534, Volume 708, Page 518;

Thence: N80°26'18"W along the South line of the Thelma R. Perez tract, Volume 979, Page 436 and the North line of the Floridor Zamora tract, Volume 666, Page 184, crossing the center of an existing 12 foot wide gravel road at 256 feet, back to the center of said road, a distance of 342.47 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9052-3A=9072-2A for a Point on Line;

Thence: N80°26'18"W along said property line, a distance of 342.46 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9052-3=9072-3 for angle, said point being on the Northern boundary of the parcel herein described;

## SCHEDULE C (Cont.)

Thence: N80°41'43"E departing said property line, along said Northern boundary, a distance of 351.31 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9072-3A for a Point on Line;

Thence: N80°41'43"E along said Northern boundary, a distance of 351.30 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9072-4=9070-2 for angle, said point being on the North line of the Thelma R. Perez tract, Volume 979, Page 436 and on the South line of the Savina S. DE Longoria tract, Volume 743, Page 362, and on the North line of the Drilling Unit Easement Legend Natural Gas III, LP Volume 1174, Page 793;

Thence: S80°26'28"E along said property line, along said Easement line, departing said Northern boundary, a distance of 20.07 feet returning to the Place of Beginning.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract:  RGV-RGC-9072
Owner:  Thelma R. Perez, *et al.*
Acres:  1.839

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-9072
Owner: Thelma R. Perez, *et al.*
Acres: 1.839

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is FOURTEEN THOUSAND AND THREE HUNDRED FORTY-ONE DOLLARS AND NO/100 CENTS ($14,341.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

# SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Thelma R. Perez**<br><br>Mission, Texas | **RGV-RGC-9072**<br>Deed of Gift dated October 27, 2003, recorded in Volume 979, Page 436, Official Public Records, Starr County, Texas |
| **Floridor Zamora**<br><br>La Grulla, TX | **RGV-RGC-9072**<br>Deed of Gift dated February 16, 1993, recorded in Volume 666, 184, Official Public Records, Starr County, Texas |
| **Arcadio Salinas**<br><br>Rio Grande City, TX | **RGV-RGC-9072**<br>Warranty Deed dated August 3, 1972, recorded in Volume 367, Page 215, Official Public records, Starr County, Texas |
| **Viola Gloria Escalante Canales**<br><br>Tivoli, TX<br>*Heir of Ambrosio Escalante/Lydia T. Escalante*<br><br>**Ovidio Escalante**<br><br>Victoria, TX<br>*Heir of Ambrosio Escalante/Lydia T. Escalante*<br><br>**Ernestina E. Bazan**<br><br>Port O'Connor, TX<br>*Heir of Ambrosio Escalante/Lydia T. Escalante*<br><br>**Homer Escalante**<br><br>Victoria, TX<br>*Heir of Ambrosio Escalante/Lydia T. Escalante* | **RGV-RGC-9072**<br>Probate Order dated August 15, 1972, recorded in Volume 93, Page 416, Official Public Records, Starr County, Texas<br><br>Final Decree of Partition and Distribution of the Estate of Florentino Trevino, deceased dated December 19, 1989, filed under Cause No. 4485, in the 79th Judicial District of Brooks County, Texas, and recorded in the Real Property Records of Starr County, Texas, in Volume 622, Page 530 |

| | |
|---|---|
| **Mary Rose Escalante Rivera**<br>▓▓▓▓▓▓▓▓<br>Port Lavaca, TX ▓▓▓<br>*Heir of Ambrosio Escalante/Lydia T. Escalante* | |
| **Ben Guadalupe Rodriguez, Jr.**<br>▓▓▓▓▓▓▓▓<br>Grandview, TX ▓▓▓<br>*Heir of Elma E. Rodriguez/Ambrosio Escalante*<br><br>**Venancio G. Rodriguez, III**<br>▓▓▓▓▓▓▓▓<br>Decatur, TX ▓▓▓<br>*Heir of Elma E. Rodriguez/Ambrosio Escalante*<br><br>**Linda Carmen Charles**<br>▓▓▓▓▓▓▓▓<br>Arlington, TX ▓▓▓<br>*Heir of Elma E. Rodriguez/Ambrosio Escalante*<br><br>**Miguel Jaime Rodriguez**<br>▓▓▓▓▓▓▓▓<br>North Richland Hills, TX ▓▓▓<br>*Heir of Elma E. Rodriguez/Ambrosio Escalante* | **RGV-RGC-9072**<br>Probate Order dated August 15, 1972, recorded in Volume 93, Page 416, Official Public Records, Starr County, Texas<br><br>Final Decree of Partition and Distribution of the Estate of Florentino Trevino, deceased dated December 19, 1989, filed under Cause No. 4485, in the 79th Judicial District of Brooks County, Texas, and recorded in the Real Property Records of Starr County, Texas, in Volume 622, Page 530 |
| **Noelia Trevino Herrera**<br>▓▓▓▓▓▓▓▓<br>Encino, TX ▓▓▓<br>*Heir of Hilda R. Trevino/Ruben N. Trevino*<br><br>**Ruben Noe Trevino, Jr.**<br>▓▓▓▓▓▓▓▓<br>Encino, TX ▓▓▓<br>*Heir of Hilda R. Trevino/Ruben N. Trevino* | **RGV-RGC-9072**<br>Probate Order dated August 15, 1972, recorded in Volume 93, Page 416, Official Public Records, Starr County, Texas<br><br>Final Decree of Partition and Distribution of the Estate of Florentino Trevino, deceased dated December 19, 1989, filed under Cause No. 4485, in the 79th Judicial District of Brooks County, Texas, and recorded in the Real Property Records of Starr County, Texas, in Volume 622, Page 530 |
| **Gloria Trevino Juarez**<br>▓▓▓▓▓▓▓▓<br>Manor, TX ▓▓▓<br>*Devisee of Saul Trevino, Sr.* | **RGV-RGC-9072**<br>Probate Order dated August 15, 1972, recorded in Volume 93, Page 416, Official Public Records, Starr County, Texas |

| | |
|---|---|
| **Olga Trevino Cantu** <br> ▓▓▓▓▓▓▓▓▓▓ <br> Encino, TX ▓▓▓▓ <br> *Devisee of Saul Trevino, Sr.* <br><br> **Saul Trevino Jr.** <br> ▓▓▓▓▓▓▓▓▓▓ <br> Encino, TX ▓▓▓▓ <br> *Devisee of Saul Trevino, Sr.* | Final Decree of Partition and Distribution of the Estate of Florentino Trevino, deceased dated December 19, 1989, filed under Cause No. 4485, in the 79th Judicial District of Brooks County, Texas, and recorded in the Real Property Records of Starr County, Texas, in Volume 622, Page 530 |
| **Roel Perez** <br> ▓▓▓▓▓▓▓▓▓▓ <br> Encino, TX ▓▓▓▓ <br> *Heir of Elida T. Perez* <br><br> **Eliza Perez** <br> ▓▓▓▓▓▓▓▓▓▓ <br> De Berry, TX ▓▓▓▓ <br> *Heir of Reynaldo Perez, Jr./Elida T. Perez* <br><br> **Claudia Perez Cummings** <br> ▓▓▓▓▓▓▓▓▓▓ <br> San Antonio, TX ▓▓▓▓ <br> *Heir of Reynaldo Perez, Jr./Elida T. Perez* <br><br> **Rosario Perez Lewis** <br> ▓▓▓▓▓▓▓▓▓▓ <br> Blaine, WA ▓▓▓▓ <br> *Heir of Reynaldo Perez, Jr./Elida T. Perez* <br><br> **Sonia Perez Nunnery** <br> ▓▓▓▓▓▓▓▓▓▓ <br> Mooringsport, LA ▓▓▓▓ <br> *Heir of Reynaldo Perez, Jr./Elida T. Perez* <br><br> **Magdalena Perez Craig** <br> ▓▓▓▓▓▓▓▓▓▓ <br> San Antonio, TX ▓▓▓▓ <br> *Heir of Reynaldo Perez, Jr./Elida T. Perez* <br><br> **Reynaldo Perez, III** <br> ▓▓▓▓▓▓▓▓▓▓ <br> Encino, TX ▓▓▓▓ <br> *Heir of Reynaldo Perez, Jr./Elida T. Perez* | **RGV-RGC-9072** <br> Probate Order dated August 15, 1972, recorded in Volume 93, Page 416, Official Public Records, Starr County, Texas <br><br> Final Decree of Partition and Distribution of the Estate of Florentino Trevino, deceased dated December 19, 1989, filed under Cause No. 4485, in the 79th Judicial District of Brooks County, Texas, and recorded in the Real Property Records of Starr County, Texas, in Volume 622, Page 530 |

| | |
|---|---|
| **Laura Perez McGee** <br> ▓▓▓▓▓▓▓▓▓▓ <br> De Berry, TX ▓▓▓▓ <br> *Heir of Reynaldo Perez, Jr./Elida T. Perez* <br><br> **Catarina Perez Rose** <br> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ <br> San Antonio, TX ▓▓▓▓ <br> *Heir of Reynaldo Perez, Jr./Elida T. Perez* <br><br> **Rene Morales** <br> ▓▓▓▓▓▓▓▓▓▓ <br> McAllen, TX ▓▓▓▓ <br> *Heir of Elva Perez Morales/Elida T. Perez* <br><br> **Isidro Morales** <br> ▓▓▓▓▓▓▓▓▓▓ <br> Falfurrias, TX ▓▓▓▓ <br> *Heir of Elva Perez Morales/Elida T. Perez* <br><br> **Romeo Morales** <br> ▓▓▓▓▓▓▓▓▓▓ <br> Encino, TX ▓▓▓▓ <br> *Heir of Elva Perez Morales/Elida T. Perez* <br><br> **Maria Nelda Villarreal** <br> ▓▓▓▓▓▓▓▓▓▓ <br> Falfurrias, TX ▓▓▓▓ <br> *Heir of Elva Perez Morales/Elida T. Perez* <br><br> **Sylvia Morales Garza** <br> ▓▓▓▓▓▓▓▓▓▓ <br> Falfurrias, TX ▓▓▓▓ <br> *Heir of Elva Perez Morales/Elida T. Perez* | |
| **Ameida Salinas,** <br> **Starr County Tax Assessor** <br> 100 N. FM 3167, Suite 201 <br> Rio Grande City, Texas 78582 | **RGV-RGC-9072** <br> Tax Parcel No. 41931 <br> Geo No. 00127-09400-04560-000000 |