United States District Court
Southern District of Texas
**ENTERED**
February 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 7:20-cv-00380 |
| 1.839 ACRES OF LAND, more or less, § | |
| In STARR COUNTY, TEXAS; et al., § | |
| § | |
| Defendants. § | |
| § | |

## ORDER

The Court now considers the United States' motion to continue the parties' upcoming initial pretrial conference and joint discovery/case management plan deadline.[1] The motion is labeled "opposed" because the United States was unable to confer with all Defendants in this case.[2] Since all parties that responded to the United States' communications are unopposed,[3] the Court treats the motion as unopposed.

This Court's November 23, 2020 Order for Conference and Disclosure of Interested Parties ordered parties to appear on February 16, 2021, for an initial pretrial and scheduling conference and to file a joint discovery/case management plan at least ten days before the conference.[4] The United States seeks to continue these dates for at least sixty days in light of newly inaugurated President Biden's January 20th proclamation directing numerous heads of executive agencies to "pause work on each construction project on the southern border wall" and

---

[1] Dkt. No. 40.
[2] *Id.* at 4.
[3] *Id.*
[4] Dkt. No. 4.

to "develop a plan for the redirection of funds concerning the southern border wall . . . within 60 days" from January 20th.[5]

The Court finds good cause in the request that this eminent domain proceeding be abated while the United States develops its plan concerning the southern international border and associated land use. Accordingly, the Court **GRANTS** the United States' motion[6] and continues the initial pretrial conference previously scheduled for February 16th to **April 13, 2021, at 9:00 a.m.** Parties shall file a joint discovery/case management plan no later than **April 2, 2021**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 2nd day of February 2021.

_____
Micaela Alvarez
United States District Judge

---

[5] Dkt. No. 40 at 2–3 (quoting Pres. Proc. No. 10142, 86 Fed. Reg. 7225 (Jan. 20, 2021)).
[6] Dkt. No. 40.